State v. Opela.

STATE OF NEBRASKA V. JOHN OPELA.

FILED JUNE 22, 1922.   No. 22584.

ERROR to the district court for Keith-county: J. LEONARD TEWELL, JUDGE. *Exceptions sustained.*

*Clarence A. Davis, Attorney General,* and *C. L. Dort,* for plaintiff in error.

*W. D. Oldham, amicus curiæ.*

Heard before MORRISSEY, C. J., ROSE, DEAN, ALDRICH, DAY and FLANSBURG, JJ.

DEAN, J.

It is stipulated by the parties that this case involves substantially the same state of facts and the same propositions of law that are involved in *State v. Badberg, ante,* p. 816. It is agreed by the parties that the decision in that case shall control in the present case. It follows that the district court, having sustained the demurrer in the present case, erred in so doing. The opinion in this case under the provisions of section 9185, Rev. St. 1913, only determines the law of the case. The exceptions of the county attorney are sustained.

EXCEPTIONS SUSTAINED.